UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>SUWE, et al.,<br><br>　　　　　Defendants | Case No.  3:23-cv-00427-ART-CSD<br><br>**ORDER** |

　　　On August 29, 2023, pro se plaintiff Theodore Stevens, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1). Plaintiff, however, filed three documents titled "Index of Exhibits" that contain kites seeking evidence and charges from prison officials and letters demanding that the Nevada Attorney General's Office and the Nevada Legislature investigate the matters raised in the complaint. (ECF Nos. 3, 4, 5).

　　　To the extent Plaintiff's "Index of Exhibits" are efforts to file evidence in this action, the Court disregards them because they do not pertain to any matter that is procedurally before the Court. Plaintiff is cautioned that he must not file evidence with the Court "until the course of litigation brings the evidence into question." (*See* ECF No. 2 at 3). To the extent Plaintiff's "Index of Exhibits" are efforts to obtain a court order requiring others to act—like investigate Plaintiff's claims or provide him evidence—they are denied as premature and unsupported. The Court has not screened the complaint or entered an order scheduling discovery and motion deadlines. And Plaintiff has not demonstrated that the extraordinary remedy of an injunction or a restraining order is merited here.

　　　Moreover, Plaintiff must either pay the filing fee or apply for *in forma pauperis* status if he wants to proceed with this action. The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the

court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his obligation to pay the filing fee, it just means that he can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until November 6, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that the Index of Exhibits (ECF Nos. 3, 4, 5) are construed as motions seeking a court order requiring others to act and denied.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Theodore Stevens the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS 5th day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE